```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   1:20-CR-00521
     -against-                       :
                                     :   ORDER
Roche, Scott                         :
                                     :
                                     :
-------------------------------------X
```

Colleen McMahon, Chief United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include; Drug testing/treatment as directed by Pretrial Services.

Dated: November 10, 2020
New York, New York

SO ORDERED:

*[signature]*

Honorable Colleen McMahon
Chief United States District Judge