# Abramson & Morak
## 75 Maiden Lane, Suite 607
## New York, NY 10038
## T: 212-226-7098

February 24, 2022

The Honorable Colleen McMahon
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/22
```

Re: United States. v. James Cahill et al. (Scott Roche)
    20-CR-521(CM)

Dear Judge McMahon:

My client Scott Roche was released on a $150,000 PRB, co-signed by two financially responsible persons, pre-trial supervision and his travel restricted to the Southern and Eastern District of New York and the District of New Jersey where he resides.

Mr. Roche is seeking permission to travel to his son's college graduation at the University of Pittsburgh. He is requesting to travel by car with his family on April 29, 2022, and return home on May 2, 2022. Mr. Roche and his family would be staying at the Hotel Indigo, 123 North Highland Avenue, Pittsburgh, PA.

I communicated with his New Jersey PTO Christopher Zeigert and he indicated that his office defers to pretrial in SDNY. The Government, by AUSA Jason Swergold, indicated he would defer to pretrial services. Pretrial Services Officer Dayshawn C. Bostic of SDNY wrote that pretrial consents to the request. Mr. Zeigert indicated that Mr. Roche is compliant with the conditions of his release.

We therefore respectfully request the Court to grant Scott Roche's request to travel to Pittsburgh, PA from April 29, 2022 through May 2, 2022 to attend his son's college graduation.

Respectfully submitted,

Glenn H. Morak

3/7/22

So Ordered:
The Honorable Colleen McMahon

cc.: AUSA Swergold (via ECF and e-mail)
PTO Dayshawn C. Bostic (via e-mail)
PTO Christopher Zeigert (via e-mail)