# ABRAMSON & MORAK

ATTORNEYS AT LAW

75 MAIDEN LANE, SUITE 607

NEW YORK, NEW YORK 10038

www.abramsonmorak.com

ALAN M. ABRAMSON*
GLENN H. MORAK
MICHAEL MARINO

*MEMBER OF NEW YORK AND CONNECTICUT BARS

(212) 226-7098
FAX (212) 226-4559

MEMO ENDORSED

February 7, 2023   2/7/23

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Scott Roche
Ind. No.: S1 20 Cr. 521 (CM)**

*[Handwritten: Pretrial is to return Mr. Roche's passport. Colleen McMahon]*

Dear Judge McMahon:

We represent Scott Roche who has been sentenced in this matter on December 6, 2022 to probation for a term of two years, 150 hours of community service, a fine of $10,000 and a $25 surcharge, for which he has already paid both the fine and surcharge (See, Docket Entry 337). After the defendant's initial presentment on October 1, 2020, Mr. Roche's passport was surrendered to SDNY Pretrial Services. We have been in contact with Pretrial and the US Attorney's office regarding this matter, and understand that Pretrial Services requires an order from this Court to release Mr. Roche's passport back into his custody and control.

Therefore, we hereby respectfully request that Your Honor order Pretrial Services to release the defendant's passport to Scott Roche. Defense counsel has conferred with AUSA Jun Xiang of our request, and he informed us that he consents to the release of the passport.

We are available to provide any further information as may be required by the Court and we thank the Court for its consideration of this request.

Very truly yours,

Glenn H. Morak

So Ordered:

_____

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/23
```